IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAMPLOST FAMILY MEDICAL PRACTICE, P.C. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STATE FARM INSURANCE | : | NO.: 02-CV-3607 |

**O R D E R**

**AND NOW**, this _____ day of _____, 2002, upon consideration of Defendant's Petition for Leave of Court to file a Reply Brief, and any Response thereto, it is hereby **ORDERED** and **DECREED** that said Petition is **GRANTED**. It is further ordered that Defendant's Reply Brief attached hereto is deemed filed as of the date of this Order.

**BY THE COURT:**

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAMPLOST FAMILY MEDICAL PRACTICE, P.C. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STATE FARM INSURANCE | : | NO.: 02-CV-3607 |

## **PETITION FOR LEAVE OF COURT TO FILE A REPLY BRIEF**

1. On July 30, 2002, Defendant filed a Motion to Dismiss Count IV of Plaintiff's Amended Complaint with respect to the above-captioned matter.

2. On August 8, 2002, Plaintiff filed a Response to Defendant's Motion to Dismiss which mischaracterized Defendant's arguments.

3. Defendant did not receive a copy of Plaintiff's Response until September 4, 2002.

4. Defendant respectfully seeks leave of court to file the attached Reply Brief in order to respond to Plaintiff's Response.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter the attached order.

**BRITT, HANKINS, SCHAIBLE, & MOUGHAN**

BY: _____
Brian A. Wall, Jr. (Atty. I.D. # 52592)
Elizabeth Luening Long (Atty. I.D. #84845)
Attorneys for Defendant
Suite 515, Two Penn Center Plaza
Philadelphia, PA 19102
(215) 569-6900

Date: _____

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Defendant's Petition for Leave of Court to file a Reply Brief has been mailed, this date, by regular mail as follows:

>Joel W. Todd, Esquire
>Dolchin, Slotkin & Todd, P.C.
>One Commerce Square, 24th Floor
>2005 Market Street
>Philadelphia, PA 19103


_____
Brian A. Wall, Jr., Esquire


Dated: _____