IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHAMPLOST FAMILY** | : | |
| **MEDICAL PRACTICE, P.C.,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **STATE FARM INSURANCE,** | : | No. 02-3607 |
| Defendant. | : | |

**ORDER**

**AND NOW**, this ____ day of **December, 2002,** following a telephone conference with counsel for the parties, it is hereby **ORDERED** that:

Defendant State Farm Insurance Company's Motion to Strike Plaintiff's Objections and Compel Responses to Interrogatories and Requests for Production of Documents (Document No. 17) is **DENIED** as moot.

BY THE COURT:

_____
**Berle M. Schiller, J.**