IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAMPLOST FAMILY MEDICAL PRACTICE, P.C., Plaintiff, | : : : : | CIVIL ACTION |
| v. | : : | |
| STATE FARM INSURANCE, Defendant. | : : | No. 02-3607 |

### ORDER

**AND NOW**, this           day of **February, 2003,** following a telephone conference with counsel for the parties, it is hereby **ORDERED** that:

By **March 12, 2003**, the parties shall file memoranda of law addressing whether this Court has discretion to remand this matter to state court once Plaintiff's claims fail to satisfy the amount in controversy requirement.

BY THE COURT:

_____
**Berle M. Schiller, J.**